UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ELIZABETH WOLDER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:19-cv-110

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 17); (2) REVERSING THE COMMISSIONER'S NON-DISABILITY DETERMINATION; (3) REMANDING THIS CASE UNDER THE FOURTH SENTENCE OF 42 U.S.C.§ 405(G) TO DETERMINE PLAINTIFF'S DISABILITY ONSET DATE AND FOR AN IMMEDIATE AWARD OF BENEFITS; (4) DENYING THE COMMISSIONER'S MOTION TO REMAND (DOC. 12) AS MOOT; AND (5) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

      The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 17), to whom this case was referred under 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (doc. 17) is **ADOPTED** in its entirety; (2) the ALJ's non-disability determination is **REVERSED**; (3) this matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) to determine Plaintiff's disability onset date and for an immediate award of benefits; (4) **DENYING AS MOOT** the Commissioner's motion to remand (doc. 12); and (5) this case is **TERMINATED** on the Court's docket.

      **IT IS SO ORDERED.**

Date:  November 20, 2019                  \*s/Thomas M. Rose
                                                                   Thomas M. Rose
                                                                   United States District Judge