# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Elizabeth Wolder<br>*Plaintiff*<br>v.<br>Commissioner of Social Security<br>*Defendant* | )<br>)<br>) Civil Action No. 3:19-CV-110<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Plaintiff and against Defendant; Case is remanded under the fourth sentence of 42 U.S.C. § 405(g) to determine Plaintiff's disability onset date and for an immediate award of benefits; denying Commissioner's motion to remand as moot, terminating this case on the Court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Report and Recommendations.

Date: 11/20/19

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk